574

No. 236. BRITAIN STEAMSHIP CO., LTD., v. MUNSON STEAMSHIP LINE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles R. Hickox* for petitioner. *Mr. Mark W. Maclay* for respondent.

No. 239. AMERICAN SALES CORP'N v. UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. W. Gregory* and *James W. Wayman* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. Claude R. Branch* for the United States.

No. 240. PENNSYLVANIA R. CO. v. LUTTON. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frederic D. McKenney, Union C. DeFord,* and *Norman A. Emery* for petitioner. *Mr. John Ruffalo* for respondent.

No. 241. NAVIGAZIONE LIBERA TRIESTINA, S. A., v. ROBINS DRYDOCK & REPAIR CO. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Messrs. E. Curtis Rouse* and *Harold Harper* for respondent.

No. 242. TRANSOCEANICA SOCIETA ITALIANA DI NAVIGAZIONE v. PATENT VULCANITE ROOFING CO. October 21, 1929. Petition for writ of certiorari to the Circuit Court